IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>CHRISTOPHER V. DABNEY,<br><br>            Defendant. | Case No. 4:09-CR-40069-10 |

# ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Motion for Early Termination of Supervised Release filed by Defendant Christopher Dabney (Doc. 1242). Dabney seeks the early termination of his five-year period of supervised release after serving over four years of his term (Docs. 1242, 1245). The Government and Probation Office do not oppose the motion (Doc. 1245).

Under 18 U.S.C. § 3583(e)(1), "[t]he court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Here, Dabney has served more than one year of his term of supervised release which began in August 2018 (Doc. 1133). He was originally sentenced to a 125-month

term of imprisonment, later reduced to 120 months (Doc. 969), and has, thus far, served more than four years on supervised release, with only nine months left. During supervised release, the Probation Office reports that Dabney has not had any behavioral issues except a DUI arrest in 2019 (Doc. 1245). Dabney resolved that issue and recently completed a commercial driver's license course (Docs. 1242, 1245). He received an offer for an out-of-state trucking job, which will allow him to use his education and make a living to support his children and family (Doc. 1242).

After considering Dabney's motion, the 18 U.S.C. § 3553(a) factors, and that the Government and Probation Office do not oppose the request, the Court finds that early termination of Dabney's supervised release is warranted by his conduct and in the interest of justice.

Accordingly, the Motion for Early Termination of Supervised Release filed by Defendant Christopher Dabney (Doc. 1242) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

DATED: November 17, 2022

*Nancy J. Rosenstengel*
_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**